## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANTONIO GARCIA,

     Plaintiff,

v.                                                    No. 1:25-cv-942-JMR-KRS

LHM SWH, LLC, *doing business as*
LHM SOUTHWEST HYUNDAI ALBUQUERQUE;
LIBERTY MUTUAL INSURANCE COMPANY; and
HYUNDAI CAPITAL AMERICA,

     Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

**THIS MATTER** comes before the Court on Plaintiff Antonio Garcia's ("Plaintiff") Unopposed Motion for Extension of Time to File Plaintiff's Motion to Compel Defendant LHM SWH, LLC's responses to Plaintiff's first set of discovery ("Motion"). (Doc. 34). In the Motion, Plaintiff states he received Defendant LHM SWH, LLC's ("Defendant") responses on December 9, 2025, and amended responses on December 11, 2025. *Id.* at 1. On December 22, 2025, Plaintiff began the meet and confer process regarding the aforementioned responses. *Id.* In light of the holidays, the parties sought additional time to address the issues outlined in Plaintiff's December 22, 2025, correspondence to Defendant. *Id.* On December 23, 2025, Plaintiff filed the instant Motion. *Id.* The Court was unable to address the Motion prior to Plaintiff's filing deadline due to federal court holiday closure. Subsequently, on December 29, 2025, Plaintiff filed a Motion to Compel, (Doc. 35),  and supporting brief, (Doc. 36), to preserve his right to object to Defendant's responses. Typically, the Court would find the Motion moot in light of Plaintiff's December 29, 2025, Motion to Compel. However, given the unique circumstances presented by the court closure,

and in the interest of judicial efficiency, the Court finds it necessary that the parties continue to meet and confer to resolve the discovery disputes. Therefore, the parties shall continue conferring to resolve any discovery disputes for which Plaintiff originally sought an extension. As such, the Court having reviewed the Motion and being in all things fully advised in the premises, finds that Plaintiff's Motion is supported by good grounds, is well-taken, and should be granted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Motion to Compel is **GRANTED**;

2. Plaintiff shall move to compel Defendant LHM SWH, LLC's responses to Plaintiff's first set of discovery no later than January 19, 2026; and

3. Plaintiff is directed to withdraw his Motion to Compel, (Doc. 35), and the supporting brief, (Doc. 36).

**SO ORDERED THIS 31st day of December 2025.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE