**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTONIO GARCIA,

      Plaintiff,

v.                                                                No. 1:25-cv-942-JMR-KRS

LHM SWH, LLC, *doing business as*
*LHM Southwest Hyundai Albuquerque*;
LIBERTY MUTUAL INSURANCE COMPANY;
and HYUNDAI CAPITAL AMERICA, *doing*
*business as Hyundai Motor Finance,*

      Defendants.

**ORDER**

This matter is before the Court on Plaintiff's Opposed Motion To Compel Defendant LHM

SWH, LLC To Provide Complete Discovery Responses To First Set of Discovery ("Motion")

(Doc. 41).

1.     The Motion is denied without prejudice as moot to the extent that the parties have

resolved their disputes concerning certain discovery requests. *See* (Doc. 62 at 1 (Plaintiff's Reply

Brief In Support Of Motion To Compel Defendant LHM SWH, LLC To Provide Complete

Discovery Responses To First Set of Discovery) (stating that LHM SWH's supplemental responses

have resolved the Motion as to Interrogatories 1 and 7, and Requests for Production 8 and 9)).

2.     As to remaining disputed discovery requests (Interrogatories 2, 4, 6, 10, 11, 12, 13,

and 15, and Requests for Production 2, 4, 6, 7, and 11), the Motion is partially granted to the extent

that LHM SWH is directed to serve a supplemental response to the unresolved disputed discovery

requests making clear whether any information or documents were withheld based upon the

objections set forth in LHM SWH's response or responses to those requests. If a privilege was or

is asserted as the basis for withholding any information or documents, then LHM SWH is directed

to simultaneously produce a privilege log containing the information required by Fed. R. Civ. P. 26(b)(5). If no information or documents were withheld based upon the stated objections, then the supplemental response shall so state.

3.      Following service by LHM SWH's supplemental response as set out in paragraph 2, Plaintiff shall file a notice on the docket identifying any disputed discovery requests that were resolved as a result of the supplemental response. If the supplemental response did not resolve any of the remaining disputed discovery requests, then Plaintiff's notice shall so state.

4.      Following Plaintiff's filing of a notice identifying the remaining disputed issues, as set forth in paragraph 3, LHM SWH may file a surreply limited to matters raised in Plaintiff's notice or its previously filed reply brief (Doc. 62).

5.      LHM SWH's supplemental response (paragraph 2) shall be served on or before **March 11, 2026**. The Court directs LHM SWH to also file its supplemental response on the docket within three days of service.

6.      Plaintiff's notice (paragraph 3) shall be filed on the docket on or before **March 27, 2026**.

7.      LHM SWH's surreply brief shall be filed on or before **April 3, 2026**.

8.      Apart from the above, the Motion is taken under advisement as to Interrogatories 2, 4, 6, 10, 11, 12, 13, and 15, and Requests for Production 2, 4, 6, 7, and 11. The Court will issue a written ruling following LHM SWH's filing of its surreply brief.

IT IS SO ORDERED this 25th day of February, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

2