**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANTONIO GARCIA,

Plaintiff,

v. No. 1:25-cv-942-JMR-KRS

LHM SWH, LLC, *doing business as*
LHM SOUTHWEST HYUNDAI ALBUQUERQUE;
LIBERTY MUTUAL INSURANCE COMPANY;
and HYUNDAI CAPITAL AMERICA, *doing business as* HYUNDAI MOTOR FINANCE,

Defendants.

**ORDER**

Following an informal discovery conference held on September 3, 2026, the Court ORDERS as follows:

1. Defendant LHM SWH, LLC's production of information and documents responsive to Plaintiff's Interrogatory No. 4 and Plaintiff's Request for Production No. 4 shall be limited, as agreed by Plaintiff, to the time period of January 1, 2024 through February 28, 2025, with the understanding based on the information provided by Defendant that this time period encompasses 908 transactions.

2. For the reasons discussed at the September 3, 2026 conference, the Court declines to further reduce the covered time period for Defendant's responses to the above-referenced discovery requests, or to otherwise limit the total number of transactions from which Defendant must produce responsive documents or information.

3. In lieu of conducting the searches for relevant documents and information among the 908 transactions itself, Defendant may elect to turn its records for the 908

transactions over to Plaintiff's counsel to conduct the searches. Defendant must notify Plaintiff how it intends to proceed by September 10, 2026. If Plaintiff is not notified by that date, Plaintiff can assume Defendant will be conducting the searches itself.

4. Beginning Monday, September 14, 2026, Defendant shall provide Plaintiff with a weekly report stating what searches were conducted the previous week and setting forth the results of those searches, including the transactions identified as involving repairs amounting to 6% or greater of the sale transaction price and any other relevant information. Documents relevant to the identified transactions, as requested by Plaintiff's Request For Production No. 4, shall be produced on a rolling basis, with the first batch of documents produced on September 14, 2026, and continuing weekly thereafter.

5. Production of information and documents responsive to Plaintiff's Interrogatory No. 4 and Plaintiff's Request for Production No. 4, as narrowed herein and by any other Court order, shall be completed by October 30, 2026.

6. In addition to the above, by September 10, 2026, Defendant shall produce all documents or information not already produced which is responsive to Plaintiff's Interrogatory No. 10 and Plaintiff's Request for Production Nos. 2 and 12 (collectively seeking discovery related to repairs on the 2025 vehicle purchased by Plaintiff and the 2024 vehicle that the parties have discovered has an association with the 2025 vehicle). With or without the production of additional documents or information, Defendant also must serve by the same date verified discovery responses stating that all information responsive to Interrogatory No. 10, and all documents responsive to Request for Production Nos. 2 and 12, have now been produced.

7. The Court will enter a separate text order on the docket extending the scheduling order deadlines as discussed at the September 3, 2026 discovery conference.

IT IS SO ORDERED this 4th day of September, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE